168 So.2d 267

Lester **HOWARD**

v.

**STATE of Alabama.**

3 Div. 162.

Court of Appeals of Alabama.

Oct. 13, 1964.

Horne, Webb & Tucker, Atmore, for appellant.

Richmond M. Flowers, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Roy E. Hicks, Legal Research Aide, Montgomery, for the State.

CATES, Judge.

Cattle theft conviction in a companion case to McCreary v. State, ante p. 410, 166 So.2d 914. Act No. 238, Sp.Sess., September 15, 1961, effective January 1, 1962.

Except for the matters there reflected in headnotes 2, 3, 5 and 6, the McCreary opinion substantially disposes of this appeal.

Agreeably with Code 1940, T. 15, § 389, we have reviewed the whole record and consider that the judgment below is due to be

Affirmed.

155 So.2d 603

Joseph Charles **JONES**

v.

**STATE.**

3 Div. 104.

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 603 (3 Div. 44).